1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MANUEL AYALA ALVAREZ,                   No. 2:06-cv-0769-MCE-DAD-PS

12            Plaintiff,

13        v.                                 ORDER

14   A. QUINTON, STATE OF CALIFORNIA,

15            Defendants.
                                         /
16

17        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a

18   United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19        On August 18, 2006, the magistrate judge filed findings and recommendations herein

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1     1.  The findings and recommendations filed August 18, 2006, are adopted in full; and

2     2.  This action is dismissed without prejudice.  <u>See</u> L.R. 11-110; Fed. R. Civ. P. 41(b).

3 DATED:  September 21, 2006

4

5

6     MORRISON C. ENGLAND, JR

7     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2